IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **LEANNDRA NICOLE KING,** § § § | |
| Plaintiff, § § | |
| v. § § | Civil Action No. 7:12-cv-00109-O-BL |
| **ONE UNKNOWN NAMED WICHITA FALLS POLICE OFFICER and JOHN DOE,** § § § § § | |
| Defendants. § § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and of the Report and Recommendation of the United States Magistrate Judge, the Court is of the opinion that the Report and Recommendation of the Magistrate Judge is correct and it is hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, this case is **DISMISSED** without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure, for want of prosecution.

**SO ORDERED** on this **22nd day** of **March, 2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE